UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



**BARTHONIA MILLER,**

v.     CIVIL ACTION NO.: 2:23-CV-371

**OFFICER MORMANDO,**

**Defendant.**

### JURY VERDICT FORM

We, the Jury in the case of Barthonia Miller v. Officer Mormando, find the following on the questions submitted to us:

### CLAIM I: FOURTH AMENDMENT – UNCONSTITUTIONAL SEIZURE

Do you find by a preponderance of the evidence:

1. That Officer Mormando unconstitutionally seized Barthonia Miller?

    __✓__ Yes  _____ No

### CLAIM II: FOURTH AMENDMENT – EXCESSIVE FORCE

Do you find by a preponderance of the evidence:

2. That Officer Mormando used excessive force against Barthonia Miller?

    __✓__ Yes  _____ No

### CLAIM III: FOURTH AMENDMENT – UNCONSTITUTIONAL SEARCH

Do you find by a preponderance of the evidence:

3.
    A) That Officer Mormando unconstitutionally searched Barthonia Miller?

    __✓__ Yes  _____ No

1

B) That Officer Mormando unconstitutionally searched Barthonia Miller's home?

√ Yes _____ No

### CLAIM IV: VIRGINIA CODE § 19.2-59 – UNLAWFUL SEARCH

Do you find by a preponderance of the evidence:

4. That Officer Mormando unlawfully searched Barthonia Miller?

√ Yes _____ No

### CLAIM VI: FALSE ARREST/IMPRISONMENT

Do you find by a preponderance of the evidence:

5. That Officer Mormando falsely arrested/imprisoned Barthonia Miller?

√ Yes _____ No

### CLAIM VII: BATTERY

Do you find by a preponderance of the evidence:

6. That Officer Mormando committed battery against Barthonia Miller?

√ Yes _____ No

### CLAIM VIII: ASSAULT

Do you find by a preponderance of the evidence:

7. That Officer Mormando committed assault against Barthonia Miller?

√ Yes _____ No

## DAMAGES

Do you find by a preponderance of the evidence:

8. That Barthonia Miller should be awarded damages to compensate him for his claims?

   √ Yes ____ No

If your answer to any claim above is "Yes," please state the damages amount awarded to Barthonia Miller below.

TOTAL AMOUNT OF DAMAGES $ 20,000

REDACTED COPY

Date: July 25, 2024

_____     __, Juror #4
Signed by Foreperson