# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division



BARTHONIA MILLER,

    Plaintiff,

v.

OFFICER MORMANDO,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:23cv371

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came for determination before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Barthonia Miller recover of Officer Mormando the sum of Twenty Thousand and 00/100 Dollars ($20,000.00), and its costs of action.

Date: July 26, 2024
*Nunc pro tunc* July 25, 2024

FERNANDO GALINDO, CLERK

By: _____
             Deputy Clerk

Form of judgment approved in accordance with Rule 58, F.R.Civ.P.

_____
Raymond A. Jackson
United States District Judge